

# Fourth Court of Appeals
## San Antonio, Texas

February 7, 2019

No. 04-18-00324-CV

Madhavan A**. PISHARODI,** M.D., P.A.,
Appellant

v.

**UNITED BIOLOGICS, L.L.C,**
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI06067
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

Appellant's brief was originally due December 6, 2018.  On December 4, 2018, appellant filed a motion requesting an extension of time of sixty (60) days to file his brief.  We granted the extension, making the new brief due February 6, 2019. On February 4, 2019, appellant filed a second motion requesting an additional thirty (30) days to file his brief.  After consideration, we **GRANT** appellant's motion and **ORDER** appellant's brief due **on or before March 8, 2019**. Appellant is advised that no further extensions of time to file the brief will be granted absent written proof of extraordinary circumstances.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of February, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court